NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIMMIE CHAMPION,                          )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-2992
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____)

Opinion filed June 22, 2018.

Appeal from the Circuit Court for
Polk County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.